IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON ULREY,

      Plaintiff,                      No. CIV S-10-2708 DAD P

   vs.

JACK MARTIN, et al.,                ORDER

      Defendants.

_____/

      Plaintiff is a state prisoner proceeding pro se. On October 19, 2010, plaintiff's consent to the jurisdiction of the Magistrate Judge was filed.

      By order filed April 28, 2011, the undersigned ordered plaintiff to file either a civil rights complaint or a petition for a writ of habeas corpus within thirty days from the service of the court's order. The thirty day period has now expired, and plaintiff has not filed a civil rights complaint or a petition for writ of habeas corpus, nor has he otherwise responded to the court's order.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: June 8, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ulr2708.dismiss